```
                    ___ FILED          ___ RECEIVED
                    ___ ENTERED        ___ SERVED ON
                                  COUNSEL/PARTIES OF RECORD

                          NOV 17 2014

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                    BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-478-JAD-(VCF) |
| JOSHUA MICHAEL RILEY, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On August 4, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) based upon the plea of guilty by defendant JOSHUA MICHAEL RILEY to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Third Superseding Indictment and shown by the United States to have the requisite nexus to the offense to which defendant JOSHUA MICHAEL RILEY pled guilty. Third Superseding Indictment, ECF No. 124; Change of Plea, ECF No. 230; Preliminary Order of Forfeiture, ECF No. 232; Plea Agreement, ECF No. 233.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 7, 2014, through September 5, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 242.

1  On August 19, 2014, the Immigration and Custom Enforcement personally served Michele L. Shafe, Clark County Assessor, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 19, 2014, the Immigration and Custom Enforcement personally served Steven B. Wolfson, Clark County District Attorney, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 14, 2014, the Immigration and Custom Enforcement personally served Debbie Conway, Clark County Recorder, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 19, 2014, the Immigration and Custom Enforcement personally served Laura B. Fitzpatrick, Clark County Treasurer, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 19, 2014, the Immigration and Custom Enforcement personally served Diana Alba, Clark County Clerk, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 19, 2014, the Immigration and Custom Enforcement personally served Diana Alba, Clark County Clerk, Clark County Board of Commissioners, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 19, 2014, the Immigration and Custom Enforcement personally served Diana Alba, Clark County Clerk, Clark County Water Reclamation District, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 22, 2014, the Immigration and Custom Enforcement personally served Larry Brown, Chairman, Clark County Water Reclamation District, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

. . .

. . .

On August 18, 2014, the Immigration and Custom Enforcement personally served David L. Johnson, Manager, Southern Nevada Water Authority, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 18, 2014, the Immigration and Custom Enforcement personally served Gregory J. Walch, General Counsel, Southern Nevada Water Authority, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 18, 2014, the Immigration and Custom Enforcement personally served John Entsminger, General Manager, Las Vegas Valley Water District, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 18, 2014, the Immigration and Custom Enforcement personally served Mary Beth Scow, President, Las Vegas Valley Water District, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 18, 2014, the Immigration and Custom Enforcement personally served Gregory J. Walch, General Counsel, Las Vegas Valley Water District, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 19, 2014, the Immigration and Custom Enforcement personally served Bradford Jerbic, City Attorney, City of Las Vegas, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 19, 2014, the Immigration and Custom Enforcement personally served Beverly Bridges, City Clerk, City of Las Vegas, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 19, 2014, the Immigration and Custom Enforcement personally served Beverly Bridges, City Clerk, City of Las Vegas Sewer, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On August 19, 2014, the Immigration and Custom Enforcement personally served First Service Residential, Nevada, LLC, Registered Agent for Solevita Condominiums Association, Inc.,

1  with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of
2  Process, ECF No. 246.

3        On August 19, 2014, the Immigration and Custom Enforcement personally served Sam Hill,
4  President of Solevita Condominiums Association, Inc., with copies of the Preliminary Orders of
5  Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

6        On August 20, 2014, the Immigration and Custom Enforcement personally served Lisbet
7  Vandenberg, Registered Agent for Nevada Title Company, with copies of the Preliminary Orders of
8  Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

9        On August 20, 2014, the Immigration and Custom Enforcement personally served Jeffrey T.
10  Harris, Registered Agent for Nevada Title Company, with copies of the Preliminary Orders of
11  Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

12        On August 19, 2014, the Immigration and Custom Enforcement personally served David Z.
13  Chesnoff, Attorney for Joshua Michael Riley and JMR Enterprises, with copies of the Preliminary
14  Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

15        On August 14, 2014, the Immigration and Custom Enforcement served JMR Enterprises via
16  regular and certified mail, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice
17  of Filing Service of Process, ECF No. 246.

18        On September 23, 2014, the Immigration and Custom Enforcement personally served Andy
19  A. Hafen, Mayor, City of Henderson, with copies of the Preliminary Orders of Forfeiture and the
20  Notice. Notice of Filing Service of Process, ECF No. 246.

21        On September 23, 2014, the Immigration and Custom Enforcement personally served Sabrina
22  Mercadante, City Clerk, City of Henderson, with copies of the Preliminary Orders of Forfeiture and
23  the Notice. Notice of Filing Service of Process, ECF No. 246.

24        On September 23, 2014, the Immigration and Custom Enforcement personally served Josh
25  Reid, City Attorney, City of Henderson, with copies of the Preliminary Orders of Forfeiture and the
26  Notice. Notice of Filing Service of Process, ECF No. 246.

On September 23, 2014, the Immigration and Custom Enforcement personally served Priscilla Howell, Director of Utility Services, City of Henderson, with copies of the Preliminary Orders of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 246.

On September 19, 2014, the Clark County Treasurer filed a Verified Petition to Assert Legal Interest in Forfeited Property (ECF No. 243).

On October 16, 2014, the United States filed a proposed Settlement Agreement for Entry of Order of Forfeiture as to the Clark County Treasurer, and Order (ECF No. 252).

On October 20, 2014, the Court granted the Settlement Agreement for Entry of Order of Forfeiture as to the Clark County Treasurer, and Order (ECF No. 254).

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1), (a)(2), (n)(7), and (p) and shall be disposed of according to law:

Seizure #: 2012272200013201

1. 10 count 10 ounce yellow colored (gold) bars Pamp Suisse @ $161,400.00;
2. 1 count 100 ounce yellow colored (gold) bar @ $161,400.00;
3. 16 count 1 ounce yellow colored (gold) coins @ $25,824.00;
4. 2 count white colored (silver) coins @ $200.00;
5. 8 count 10 ounce yellow colored (gold) coins Scotiabank @ $12,912.00;
6. 10 count 1 ounce white colored (palladium) bar @ $1575.00;
7. 4 ounces of yellow colored (gold) pellets @ $6456.00;

8.   1 count yellow/white David Yurman watch @ $2500.00;

9.   1 count yellow Rolex watch with white stones @ $10,000.00;

10.  1 count yellow colored (gold) medallion & necklace @ $2,200.00;

11.  11 count Western Union Money Orders @ $5825.00;

12.  9 count Moneygram Money Orders @ $3971.00;

13.  5 count U.S. Postal Money Orders @ $3011.00;

14.  2 count Rouse's Money Orders @ $377.00;

15.  1 count unidentified Money Order @ $553.96;

16.  1 count unidentified check @ $10,000.00;

17.  3 count Capital One Cashier's Checks @ $3,000.00;

18.  1 Taurus "The Judge" Revolver, 410 GA / .45 LC, Serial # ES 423236;

19.  5 Remington 410 Gauge Shells;

20.  1 Smith & Wesson .357 Revolver, Model 65-2, Serial # AUN0490;

21.  6 Winchester .357 Bullets;

Seizure # 2012272200013301

22.  1 count 1 ounce yellow colored (gold) coin Scotiabank @ $1614.00;

23.  6 count 1 ounce white colored (silver) coins @ $162.00;

Seizure #: 2012272200014401

24.  Funds held in Wells Fargo Bank account number 3778869192 (Joshua M. Riley / JMR Enterprises) @ $676,531.10;

Seizure #: 2012272200014301

25.  Funds held in US Bank account number 2-537-5271-5834 (Joshua M. Riley) @ $175.00;

26.  Funds held in US Bank account number 1-537-5497-5073 (Joshua M. Riley) @ $105,464.84;

. . .

6

Seizure #: 2012272200014701

27. Funds held in Nevada Title Company escrow account number 12-07-0556 @ $20,000.00;

Seizure #: 2013272200000201

28. 2 count Western Union Money Orders @ $630.00;

29. 3 count Western Union Money Orders @ $2207.00;

30. 1 count U.S. Postal Money Order @ $349.00;

31. 1 count Moneygram Money Order @ $367.00;

32. 2 count Moneygram Money Orders @ $1259.00;

33. 1 count Moneygram Money Order @ $349.00; and;

34. The real property having the address of 2120 Ramrod Avenue #1927, Henderson, Nevada. The legal description of this property is included below:

PARCEL I:
UNIT 1927 ("UNIT") IN BUILDING 19 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF BROADSTONE GREEN VALLEY CONDOMINIUMS FILED IN BOOK 135 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED FEBRUARY 16, 2007 IN BOOK 20070216 AS DOCUMENT NO. 03588 AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR SOLEVITA CONDOMINIUMS, (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS), RECORDED APRIL 4, 2007 AS INSTRUMENT NO. 02601 IN BOOK 20070404, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("SOLEVITA CONDOMINIUMS DECLARATION").

PARCEL II:
TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE SOLEVITA CONDOMINIUMS (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS DECLARATION).

PARCEL III:
TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE

. . .

SOLEVITA CONDOMINIUMS (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS DECLARATION).

PARCEL IV:
TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE SOLEVITA CONDOMINIUMS (FORMERLY KNOWN AS BROADSTONE GREEN VALLEY CONDOMINIUMS DECLARATION).

(APN: 161-32-312-295) and;

35.  a 2012 Cadillac CTS, vehicle identification number (VIN) 1G6DP5E30C0131689.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 17 day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE

8