DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-478-JAD-(VCF) |
| JOSHUA MICHAEL RILEY, NICHOLAS COLLADO, MARCO DANIEL ALVARADO, JACOB FISHER, and ALEXANDRA HAARDT, | ) |
| Defendants. | ) |

**STIPULATED AGREEMENT TO MODIFY THE TERMS OF THE FINAL ORDER OF FORFEITURE AS BETWEEN THE UNITED STATES OF AMERICA, JOSHUA MICHAEL RILEY AND ALEXANDRA HAARDT AND ORDER**

The United States of America, by and through the United States Attorney for the District of Nevada and Joshua Michael Riley and Alexandra Haardt, by and through their counsel, and agree as follows.

In its Final Order of Forfeiture, executed on November 17, 2014, this Court ordered the forfeiture of numerous assets, including: personal property, monetary instruments, cash, jewelry and real property.

1

1  Among those now forfeited assets is a money order issued by The Mail Drop, Inc., in Billings, Montana.
2  The check number on that money order is designated as 69070 and its reference in the final order of
3  forfeiture is Item No. 15 on page 6.  The money order is made out to "JMR Enterprises" who, on
4  information and belief, was the corporate alter ego of Joshua Michael Riley.
5         Based on agreement of the parties, the Government has agreed to split the proceeds of the
6  forfeited assets with the claimant/defendants, Riley and Haardt, 85% to 15%, with the Government
7  receiving the 85% share.  Based on the Court's order forfeiting the money order, the United States has
8  repeatedly tried, without success, to have The Mail Drop, Inc., respond to its request that the money order
9  be re-issued in the name of the United States.  The inability to get The Mail Drop, Inc., to respond is
10 holding up the distribution of the other assets in this case and is working a burden on the
11 claimant/defendants.  The 15% claimant/defendant share amounts to roughly $80.
12        With that in mind, the claimant/defendants, Joshua Michael Riley and/or Alexadra Haardt, have
13 agreed to waive their portion of the 15% in that forfeited item, only, so that disposition and distribution of
14 the remaining assets can go forward.
15 ///
16
17
18 ///
19
20
21 ///
22
23
24 ///
25
26

2

As such, the parties stipulate and agree that Joshua Michael Riley and/or Alexandra Haardt hereby waive, forfeit, divest and abandon any and all interest in the proceeds of money order No. 69070, issued by the Mail Drop, Inc., dated "7-20-12" and made out to "JMR Enterprises" (Item No. 15 on page 6 of the Final Order of Forfeiture.)

Furthermore, the parties saith not.

_____
DAVID Z. CHESNOFF
COUNSEL FOR JOSHUA MICHAEL RILEY
DATED: 12/14/16

_____
RICHARD SCHONFELD
COUNSEL FOR ALEXANDRA HAARDT
DATED: 12/14/16

DANIEL G. BOGDEN
United States Attorney

_____
MICHAEL A. HUMPHREYS
Assistant United States Attorney
DATED: 12-15-16

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: 12/15/2016

3