DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-478-JAD-(VCF) |
| Plaintiff, | |
| v. | Government's Unopposed Motion to Continue the Deadline for the Government to File its Opposition to the Defendants' Motion for Partial Return of Seized Assets Pursuant to Stipulated Agreements |
| JOSHUA MICHAEL RILEY, NICHOLAS COLLADO, MARCO DANIEL ALVARADO, JACOB FISHER, and ALEXANDRA HAARDT, | |
| Defendants. | |

COMES NOW the United States of America, by and through the United States Attorney for the District of Nevada, and moves this Court to extend the deadline for the United States to respond to the Defendants' motion to release various items of seized property as designated in this Court's Final Order of Forfeiture and Stipulated Agreement (ECF No. 289) signed by the parties to this action. In their motion, filed on January 25, 2017 (and designated as Doc. No. 291), the defendants claimed that the United States has not yet turned over to them the proceeds of the Stipulated Agreement which was entered as an ancillary component of the Final Order of Forfeiture. Generally speaking, pursuant to the terms of that settlement, the parties have agreed to split the value of all the seized

assets with the United States receiving 85% of the total value and the defendants receiving 15% of that value. The United States, by and through the United States Department of Homeland Security (Customs and Border Protection), has been undergoing the administrative process of disposing of the assets through auction, sale, and accounting which has delayed its ability to reimburse the defendants pursuant to the Stipulated Agreement. Recently, Customs has re-doubled its efforts to assure that the defendants are promptly paid their designated allotment under the terms of that Stipulated Agreement. As recently as February 7, 2017, (one day before the date of this motion) legal counsel for Customs has represented to the undersigned that the assigned agency that prepares and electronically delivers the payments, has sent the final authorization to have the electronic transfer delivered within the next several days. Based on the representations to undersigned counsel for the Government by Customs legal counsel, all Government entities expect that the funds will be deposited in the appropriate account in as little as twenty-four hours, and no later than the next several days.  If the funds are delivered to the account as expected, and the defendants are otherwise satisfied with the sum deposited, the litigation spawned by the defendants' motion to release property will be moot, resolving this matter.

 Counsel for the Government has discussed this matter with Robert DeMarco Associate at Chesnoff & Shonfeld, defendants' counsel, and he has consented to this brief continuance while the agency implements the final step to have this money sent to counsel's clients.

 Accordingly, the United States requests a brief period of time, not to exceed four business days (or until February13, 2017), to finalize the administrative steps and deliver the funds to the appropriate account designated by the defendants.

 This motion is not submitted solely for the purpose to delay or for any other improper purpose.

WHEREFORE, for all of the reasons stated above, the United States moves this Court to continue the time for the Government to respond to the defendants' motion for release of property until February 13, 2017.

Dated: February 8, 2017

> DANIEL G. BOGDEN
> United States Attorney
>
> */s/ Michael A. Humphreys*
> MICHAEL A. HUMPHREYS
> Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 2/9/2017

3

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on February 8, 2016.

                                         /s/ Mary Stolz
                                        MARY STOLZ
                                        FSA Paralegal